STEPHEN G. YOUNG
State Bar #4427
LAW OFFICE OF STEPHEN G. YOUNG
620 E. Plumb Lane, Ste 210
Reno, Nevada 89502
Ph: (775) 885-8700
Fx: (775) 201-0343
E-Mail sgylaw@gmail.com

Attorney for Debtor in Possession

E-FILED JUNE 30, 2017

In re:

BETRA MFG. CO.

    Debtor.

Case No. BKN-17-50783 BTB
Chapter -11-

DECLARATION OF GINO DISIMONE
IN SUPPORT OF
MOTION PURSUANT TO 11 USC
SECTIONS 105(a). 363(b) and 507
FOR INTERIM AND FINAL ORDERS
AUTHORIZING (I) PAYMENT OF WAGES
COMPENSATION AND EMPLOYEE
BENEFITS AND CURRENT VENDOR
OBLIGATIONS AND
(II) AUTHORIZING AND DIRECTING
FINANCIAL INSTITUTIONS TO HONOR
AND PROCESS CHECKS AND TRANSFERS
RELATED TO SUCH OBLIGATIONS

Hearing Date: TBA
Hearing Time: TBA

COUNTY OF LYON  )
                      ) ss:
STATE OF NEVADA  )

    Gino DiSimone, under penalty of perjury of the laws of the United States declares;

    1. That I am the General Manager of BETRA MFG, CO. ("BETRA') and that I have personal knowledge of the matters stated herein.

    2. That I am also a member of the Board of Directors of BETRA.

    3. That BETRA has been in business since 1957.

    4. That BETRA has 6 full time employees. Employees are paid on a weekly basis.

    5. Employees accrue vacation pay and expect to be paid timely.

-1-

6. Profit statements for BETRA for the six months prior to the filing of this case have shown a marked improvement and additional employees and contractors will be hired.

7. The ability to purchase raw materials for cash is essential to our business.

8. I estimate that BETRA has substantial liquidity to sustain current operations.

9. Funds must be available for operations and unanticipated expenses.

10. I anticipate that problems with check transactions may arise from time to time.

DATED: This 30th Day of June, 2017.

_____
Gino DiSimone
General Manager and Director