STEPHEN G. YOUNG  
State Bar #4427  
LAW OFFICE OF STEPHEN G. YOUNG  
620 E. Plumb Lane, Ste 210  
Reno, Nevada 89502  
Ph: (775) 885-8700  
Fx: (775) 201-0343  
E-Mail sgylaw@gmail.com  

E-FILED JULY 1, 2017

Proposed Attorney for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

In re:

BETRA MFG. CO.

      Debtor.

Case No. BKN-17-50783 BTB  
Chapter -11-

DECLARATION OF GINO DISIMONE IN SUPPORT OF MOTION PURSUANT TO 11 USC SECTIONS 105(a), 363(C) FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL

Hearing Date: TBA  
Hearing Time: TBA

COUNTY OF LYON   )  
                          ) ss:  
STATE OF NEVADA  )

     I, GINO DISIMONE, declare under Penalty of Perjury of the Laws of the United States as follows:

     1. That on August 31, 2015, I was hired as General Manager of the Betra Mfg. Co. (Herein. Debtor)

     2. That I have henceforth been named to the Board of Directors.

     3. That I am responsible for the overall management of the Debtor and am fully informed of the exigencies of the Debtor's Chapter 11 Filing on June 27, 2016.

-1-

4. That on June 30, 2017, I opened a "DIP" account for the Debtor at the Carson City, Nevada, Branch of Heritage Bank.

5. On June 30, 2015 I also made a deposit of $50,000 in the said acount and anticipate that funds not yet placed into "DIP" from other accounts to be approx. $75,000.

6. Debtor has a backlog of unfilled orders of approx $300,000.

7. As such I need Interim Orders to continue operations or risk loss of existing business or key employees.

8. As a stand alone entity I am informed and believe the Debtor could be sold for $1,200,000. ( If the buyer was to assume all debt.)

9. Otherwise the shareholder has estimated equity of $750,000 without consideration of company cash, (now approx. $115,000)

10. I am informed and believe that current allowable secured claims against all company assets (6 or 7 UCC Filings) total no more than $575,000.

11. I am informed and believe that Debtor has sufficient cash and existing orders to continue operations until a buyer can be found who will pay market value for the company

DATED this 1st Day of July, 2017

_____
GINO DISIMONE

-2-