STEPHEN G. YOUNG                                              E-Filed July 5, 2017
State Bar #4427
LAW OFFICE OF STEPHEN G, YOUNG
620 E. Plumb Ln., Ste. 210
Reno, Nevada 89502
Ph: (775) 885-8700
Fx: (775) 201-0343
E-Mail: sgylaw@gmail.com

Proposed Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

In re:                                                    Case No. BKN-17-50783 BTB
                                                          Chapter -11-
BETRA MFG. CO .

**ATTORNEY INFORMATION SHEET
IN SUPPORT OF
EX-PARTE APPLICATION FOR
ORDER SHORTENING TIME
FOR HEARING UPON
FIRST DAY MOTIONS FILED
AS DOCKET NOS. 13 &14**.

(NO HEARING REQUIRED)

_____ /

  BETRA MFG. CO . ( "BETRA") by and through proposed counsel above named pursuant to F. Rules of Bankr. P. 9006, and Local Rule 9006, contacted the following interested parties by phone on July 5th , 2017 with respect to proposed order shortening time with respect to motions at bar more fully described as:

(1) AMENDED MOTION PURSUANT TO 11 USC SECTIONS 105(a), 363(b), and 507 FOR INTERIM AND FINAL ORDERS FOR AUTHORIZING (I) PAYMENT OF WAGES, COMPENSATION AND EMPLOYEE BENEFITS AND CURRENT VENDOR OBLIGATIONS AND (II) AUTHORIZING AND DIRECTING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS RELATED TO SUCH OBLIGATIONS (DKT 13) And

-1-

(2) MOTION PURSUANT TO 11 SECTIONS 105(a) and 363c FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL. (DKT 14)

    Their responses were as follows:

| Counsel | Client | Agrees | Disagrees | No Response |
|---|---|---|---|---|
| William Cossitt, Esq | Office of U.S. Trustee | (Agrees) | | |
| Sblend Sblendorio, Esq. | General Foundry Service Corp. | (Agrees) | | |

    The Debtor did not contact attorneys for any other interested parties because the Debtor lacks information regarding legal representation thereof

                                               /s/ Stephen G. Young
                                               STEPHEN G. YOUNG
                                               Proposed Counsel for Debtor