```
STEPHEN G. YOUNG                                      E-Filed July 5, 2017
State Bar #4427
LAW OFFICE OF STEPHEN G, YOUNG
620 E. Plumb Ln., Ste. 210
Reno, Nevada 89502
Ph: (775) 885-8700
Fx: (775) 201-0343
E-Mail: sgylaw@gmail.com

Attorney for Debtor-in-Possession
```

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

In re:                                    Case No. BKN-17-50783 BTB
                                          Chapter -11-
BETRA MFG. CO .

    Debtor.                               **AMENDED EXHIBIT A TO
                                          MOTION PURSUANT TO
                                          11 U S.C. Sections 105(a) and 363©
                                          FOR INTERIM AND FINAL ORDERS
                                          AUTHORIZING DEBTOR'S USE
                                          OF CASH COLLATERAL**

                                          Hearing Date: TBA
                                          Hearing Time TBA
_____/

      COMES NOW, BETRA MFG. CO. (Herein, " Debtor" or "Debtor-in-Possession" ), by and through proposed counsel Stephen G. Young, Esq. who presents the following AMENDED EXHIBIT A. ENTITIES WHO CLAIM A SECURITY INTEREST IN PROPERTY OF THE DEBTOR (F. Rule of Bank P. 4001(b)(1) (B)i to the motion above named filed as Docket Item #14.

DATED this 5th Day of July, 2017

                                                    /s/ STEPHEN G. YOUNG
                                                  Proposed Counsel for Debtor

# EXHIBIT A -LISTING OF ENTITIES WHICH CLAIM A SECURITY INTEREST IN PROPERTY OF THE DEBTOR

# STATE OF NEVADA



BARBARA K. CEGAVSKE
*Secretary of State*

KIMBERLEY PERONDI
*Deputy Secretary
for Commercial Recordings*

### OFFICE OF THE
# SECRETARY OF STATE

```
Financing Statement #2008035055-4
FILED: 11-14-2008 11:29 AM

(D) BETRA MFG CO                           (S) HERITAGE BANK OF NEVADA
    ORGANIZATION                               ORGANIZATION
    45 AFFONSO DR                              1401 S VIRGINIA ST
    CARSON CITY, NV 89706 USA                  RENO, NV 89502 USA

ACTIONS:                       DATE                    DOCUMENT #         PGS
Initial Financing Statement    11-14-2008 11:29 AM     2008035055-4       1
Continuation                   11-07-2013 07:33 AM     2013028697-6       1

Financing Statement #2013026951-4
FILED: 10-17-2013 12:59 PM

(D) BETRA MFG. CO.                         (S) Financial Pacific Leasing, Inc.
    ORGANIZATION                               ORGANIZATION
    45 AFFONSO DRIVE                           P.O. Box 4568
    CARSON CITY, NV 89706 USA                  FEDERAL WAY, WA 98001 USA

ACTIONS:                       DATE                    DOCUMENT #         PGS
Initial Financing Statement    10-17-2013 12:59 PM     2013026951-4       1

Financing Statement #2015030779-8
FILED: 11-09-2015 10:00 AM

(D) Betra Mfg. Co.                         (S) LCA Bank Corporation
    ORGANIZATION                               ORGANIZATION
    45 Affonso Drive                           1375 Deer Valley Drive Suite 218
    Carson City, NV 89706 USA                  Park City, UT 84060 USA

ACTIONS:                       DATE                    DOCUMENT #         PGS
Initial Financing Statement    11-09-2015 10:00 AM     2015030779-8       1

Financing Statement #2015032450-4
FILED: 11-25-2015 01:42 PM

(D) BETRA MFG. CO.                         (S) FIANNCIAL AGENT SERVICES
    ORGANIZATION                               ORGANIZATION
    45 AFFONSON DRIVE                          P.O. BOX 2576
    CARSON CITY, NV 89706 USA                  SPRINGFIELD, IL 62708 USA

ACTIONS:                       DATE                    DOCUMENT #         PGS
Initial Financing Statement    11-25-2015 01:42 PM     2015032450-4       1

Financing Statement #2016012369-9
FILED: 05-02-2016 02:31 PM

(D) BETRA MFG. CO.                         (S) Royal Bank America Leasing,LP
    ORGANIZATION                               ORGANIZATION
    45 Affonso Lane                            550 Township Line Road Suite 425
    Carson City, NV 89706 USA                  Blue Bell, PA 19422 USA
```

(D)=Debtor                      1 of 3                    (S)=Secured Party
(T)=Tax Payer                 (A)=Assignee                (L)=Lien Holder

| ACTIONS: | DATE | DOCUMENT # | PGS |
|---|---|---|---|
| Initial Financing Statement | 05-02-2016 02:31 PM | 2016012369-9 | 1 |

Financing Statement #2016023297-9
FILED: 08-16-2016 09:31 AM

(D) BETRA MFG. CO.
    ORGANIZATION
    45 Affonso Lane
    Carson City, NV 89706 USA

(S) Royal Bank America Leasing, LP
    ORGANIZATION
    550 Township Line Road Suite 425
    Blue Bell, PA 19422 USA

| ACTIONS: | DATE | DOCUMENT # | PGS |
|---|---|---|---|
| Initial Financing Statement | 08-16-2016 09:31 AM | 2016023297-9 | 1 |

Financing Statement #2016028053-8
FILED: 10-01-2016 05:40 AM

(D) Betra Manufacturing
    ORGANIZATION
    45 Affonso Dr
    Carson City, NV 89706 USA

(D) Betra MFG. CO.
    ORGANIZATION
    45 Affonso Dr
    Carson City, NV 89706 USA

(S) CORPORATION SERVICE COMPANY, as
    REPRESENTATIVE
    ORGANIZATION
    P.O. Box 2576   uccsprep@cscinfo.com
    Springfield, IL 62708 USA

| ACTIONS: | DATE | DOCUMENT # | PGS |
|---|---|---|---|
| Initial Financing Statement | 10-01-2016 05:40 AM | 2016028053-8 | 1 |

Financing Statement #2016034228-7
FILED: 12-08-2016 11:52 AM

(D) Betra MFG.
    ORGANIZATION
    45 Affonso Dr
    Carson City, NV 89403 USA

(D) Betra MFG. Co.
    ORGANIZATION
    45 Affonso Dr
    Carson City, NV 89403 USA

(S) CORPORATION SERVICE COMPANY, AS
    REPRESENTATIVE
    ORGANIZATION
    P.O. BOX 2576   UCCSPREP@CSCINFO.COM
    Springfield, IL 62708 USA

| ACTIONS: | DATE | DOCUMENT # | PGS |
|---|---|---|---|
| Initial Financing Statement | 12-08-2016 11:52 AM | 2016034228-7 | 1 |

Financing Statement #2017014225-9
FILED: 05-23-2017 02:12 PM

(D) Thomas, Suzanne
    INDIVIDUAL
    47 Affonso Dr
    Carson City, NV 89706 USA

(D) Betra MFG Co
    ORGANIZATION
    45 Affonso Dr
    Carson City, NV 89706 USA

(S) Fox Capital Group Inc
    ORGANIZATION
    140 Broadway 46th Fl
    New York, NY 10005 USA

| ACTIONS: | DATE | DOCUMENT # | PGS |
|---|---|---|---|

(D)=Debtor                          2 of 3                    (S)=Secured Party
(T)=Tax Payer                    (A)=Assignee                 (L)=Lien Holder

```
Initial Financing Statement            05-23-2017 02:12 PM         2017014225-9      1
```

Financing Statement #2017017051-3
FILED: 06-22-2017 08:33 AM

(D) Thomas, Suzanne                       (D) Betra MFG Co
    INDIVIDUAL                                ORGANIZATION
    47 Affonso Dr                             45 Affonso Dr
    Carson City, NV 89706 USA                 Carson City, NV 89706 USA

(S) Fox Capital Group Inc
    ORGANIZATION
    140 Broadway 46th Fl
    New York, NY 10005 USA

```
ACTIONS:                                DATE                     DOCUMENT #       PGS
Initial Financing Statement             06-22-2017 08:33 AM      2017017051-3     1
```

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Anne Grindle       775-348-1000

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Anne Grindle
Heritage Bank of Nevada
1401 S Virginia St
Reno, NV 89502

Filed in the office of
Ross Miller
Secretary of State
State of Nevada

Document Number: 2008035055-4
Filing Date and Time: 11/14/2008 11:29 AM

(This document was filed electronically.)
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: BETRA MFG CO

1c. MAILING ADDRESS: 45 AFFONSO DR
CITY: CARSON CITY
STATE: NV
POSTAL CODE: 89706
COUNTRY: USA

1e. TYPE OF ORGANIZATION: CORPORATION
1f. JURISDICTION OF ORGANIZATION: NV
1g. ORGANIZATIONAL ID #: C9700-97

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - (blank)

**3. SECURED PARTY'S NAME**

3a. ORGANIZATION'S NAME: HERITAGE BANK OF NEVADA

3c. MAILING ADDRESS: 1401 S VIRGINIA ST
CITY: RENO
STATE: NV
POSTAL CODE: 89502
COUNTRY: USA

**4. This FINANCING STATEMENT covers the following collateral:**

ALL INVENTORY, ACCOUNTS RECEIVABLES AND EQUIPMENT; WHETHER ANY OF THE FOREGOING IS OWNED NOW OR ACQUIRED LATER; ALL ACCESSIONS, ADDITIONS, REPLACEMENTS, AND SUBSTITUTIONS RELATING TO ANY OF THE FOREGOING; ALL RECORDS OF ANY KIND RELATING TO ANY OF THE FOREGOING; ALL PROCEEDS RELATING TO ANY OF THE FOREGOING (INCLUDING INSURANCE, GENERAL INTANGIBLES AND OTHER ACCOUNTS PROCEEDS)

5. ALTERNATIVE DESIGNATION [if applicable]: LESSEE/LESSOR / CONSIGNEE/CONSIGNOR / BAILEE/BAILOR / SELLER/BUYER / AG. LIEN / NON-UCC FILING
6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]
7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] — All Debtors / Debtor 1 / Debtor 2
8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Donna Klenke                    713-533-4661

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Donna Klenke
UCC Direct Services
2727 Allen Parkway
Suite 1000
Houston, TX 77019

Filed in the office of
Ross Miller
Secretary of State
State of Nevada

Document Number
**2013028697-6**
Filing Date and Time
**11/07/2013 7:33 AM**

(This document was filed electronically.)
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2008035055-4

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2. TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3. [✓] CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4. ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

[ ] CHANGE name and/or address  [ ] DELETE name  [ ] ADD name

**6. CURRENT RECORD INFORMATION:**
6a. ORGANIZATION'S NAME

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | [ ] NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral [ ] deleted or [ ] added, or give entire [ ] restated collateral description, or describe collateral [ ] assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here [ ] and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME**
HERITAGE BANK OF NEVADA

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**10. OPTIONAL FILER REFERENCE DATA**
NV-0-40559747

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Donna Klenke    713-533-4661

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Donna Klenke
UCC Direct Services
2727 Allen Parkway
Suite 1000
Houston, TX 77019

Filed in the office of
Ross Miller
Secretary of State
State of Nevada

Document Number
2013026951-4
Filing Date and Time
10/17/2013 12:59 PM

(This document was filed electronically.)
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: BETRA MFG. CO.

1c. MAILING ADDRESS: 45 AFFONSO DRIVE
CITY: CARSON CITY
STATE: NV
POSTAL CODE: 89706
COUNTRY: USA

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: Financial Pacific Leasing, Inc.

3c. MAILING ADDRESS: P.O. Box 4568
CITY: FEDERAL WAY
STATE: WA
POSTAL CODE: 98001
COUNTRY: USA

**4. This FINANCING STATEMENT covers the following collateral:**

All equipment and other personal property, now or hereafter the subject of that certain Lease Agreement, relating to Financial Pacific Leasing, Inc., Lease # 001-0901117-901, dated 10/17/2013, between the Secured Party as Lessor and Debtor as Lessee, together with all attachments, additions, accessories, substitutions and replacements thereto, and any and all insurance and other proceeds of the foregoing.

**5. ALTERNATIVE DESIGNATION** [if applicable]: ✓ LESSEE/LESSOR

**8. OPTIONAL FILER REFERENCE DATA**
NV-0-53456123

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Donna Klenke                                713-533-4661

**B. E-MAIL CONTACT AT FILER (optional)**
sosack@uccdirect.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Donna Klenke
UCC Direct Services
2727 Allen Parkway
Suite 1000
Houston, TX 77019

Filed in the office of  *Barbara K. Cegavske*
Barbara K. Cegavske
Secretary of State
State of Nevada

Document Number: 2015030779-8
Filing Date and Time: 11/09/2015 10:00 AM

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

**1a. ORGANIZATION'S NAME**
Betra Mfg. Co.

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 45 Affonso Drive | Carson City | NV | 89706 | USA |

**2. DEBTOR'S NAME:** (blank)

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):

**3a. ORGANIZATION'S NAME**
LCA Bank Corporation

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1375 Deer Valley Drive Suite 218 | Park City | UT | 84060 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

2 - 10x25x19' Gorbel Work Station includes 2ea acco 1 ton 460V/3PH Electric Hoists   1 - 22.54x45' Gorbel Work Station includes 2ea acco 1 ton 460V/3PH Electric Hoists   1 - Acco (1) Ton-VFD 460V/3PH Hoist   1 - Acco (2) Ton VFD 460V/3PH Hoist

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust ☐ being administered by a Decedent's Personal Representative

6a. ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility
6b. ☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
NV-0-51119003

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)
International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Corporation Service Company   1-800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
SPRFiling@cscinfo.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
108368370 - 371860
Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703
Filed In: Nevada (S.O.S.)

Filed in the office of /s/ Barbara K. Cegavske
Barbara K. Cegavske
Secretary of State
State of Nevada

Document Number: 2015032450-4
Filing Date and Time: 11/25/2015 1:42 PM

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here [ ] and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | BETRA MFG. CO. | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS: 45 Affonso Drive | CITY: Carson City | STATE: NV | POSTAL CODE: 89706 | COUNTRY: USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here [ ] and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | FINANCIAL AGENT SERVICES | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS: P.O. Box 2576 | CITY: Springfield | STATE: IL | POSTAL CODE: 62708 | COUNTRY: USA |

4. COLLATERAL: This financing statement covers the following collateral:
Any and all assets whether now owned or hereafter acquired or arising.

THE SECURED PARTY NAMED IN THIS RECORD IS ACTING IN A REPRESENTATIVE CAPACITY FOR PURPOSES OF FORWARDING NOTICES & INQUIRIES REGARDING THIS RECORD. FOR MORE INFORMATION, PLEASE CONTACT THE SECURED PARTY AT THE ADDRESS LISTED ABOVE OR AT UCCSPREP@CSCINFO.COM.

5. Check only if applicable and check only one box: Collateral is [ ] held in a Trust (see UCC1Ad, item 17 and Instructions)  [ ] being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
[ ] Public-Finance Transaction   [ ] Manufactured-Home Transaction   [ ] A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
[ ] Agricultural Lien   [ ] Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): [ ] Lessee/Lessor   [ ] Consignee/Consignor   [ ] Seller/Buyer   [ ] Bailee/Bailor   [ ] Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA: 108368370

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Corporation Service Company
2711 Centerville Rd, Ste. 400
Wilmington, DE 19808

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Donna Klenke    713-533-4661

**B. E-MAIL CONTACT AT FILER (optional)**
sosack@uccdirect.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Donna Klenke
UCC Direct Services
2727 Allen Parkway
Suite 1000
Houston, TX 77019

Filed in the office of
Barbara K. Cegavske
Secretary of State
State of Nevada

Document Number: 2016012369-9
Filing Date and Time: 05/02/2016 2:31 PM

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BETRA MFG. CO. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 45 Affonso Lane | Carson City | NV | 89706 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Royal Bank America Leasing, LP | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 550 Township Line Road Suite 425 | Blue Bell | PA | 19422 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
(1) Scissor Lift 19" Electric S/N 22006648 (1) Poly Spek Desktop Spectrometer; "including all replacements, parts, substitutions, modifications, accessories, additions, attachments, accessions and tools of the debtor now or hereafter installed therein, afixed thereto or used or intended to be used in connection therewith."

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☑ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
NV-0-53731390

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Donna Klenke    713-533-4661

**B. E-MAIL CONTACT AT FILER (optional)**
sosack@uccdirect.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Donna Klenke
UCC Direct Services
2727 Allen Parkway
Suite 1000
Houston, TX 77019

Filed in the office of
Barbara K. Cegavske
Barbara K. Cegavske
Secretary of State
State of Nevada

Document Number: 2016023297-9
Filing Date and Time: 08/16/2016 9:31 AM

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BETRA MFG. CO. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 45 Affonso Lane | Carson City | NV | 89706 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Royal Bank America Leasing, LP | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 550 Township Line Road Suite 425 | Blue Bell | PA | 19422 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

Frank Bacon Machinery Sales Company(1)24,000 lbf Capacity Satec model 24BN Electro Mechanical Tension and compression testing machine with precision load cell and updated new AC Servo motor and drive system serial 1012(1)Set of 20k capacity wedge action grips with mounting hardware(1)Travel clip on extensometer-Hawk Ridge Systems(1)Solid works 3D Design software with Professional seat License- Sierra Tech Solutions(1)Custom Designed PC for CAD; "including all replacements, parts, substitutions, modifications, accessories, additions, attachments, accessions and tools of the debtor now or hereafter installed therein, afixed thereto or used or intended to be used in connection therewith."

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)   ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☑ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
NV-0-55249173

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
CORPORATION SERVICE COMPANY    18008585294

**B. E-MAIL CONTACT AT FILER (optional)**
FilingDept@diligenz.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

CORPORATION SERVICE COMPANY
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703

Filed in the office of
Barbara K. Cegavske
Barbara K. Cegavske
Secretary of State
State of Nevada

Document Number
**2016028053-8**

Filing Date and Time
**10/01/2016 5:40 AM**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here [ ] and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Betra MFG. CO. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 45 Affonso Dr | Carson City | NV | 89706 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here [ ] and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Betra Manufacturing | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 45 Affonso Dr | Carson City | NV | 89706 | USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CORPORATION SERVICE COMPANY, as REPRESENTATIVE | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. Box 2576  uccsprep@cscinfo.com | Springfield | IL | 62708 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

Security interest in and to all of Merchant's present and future accounts, chattel paper, deposit accounts, personal property, assets and fixtures, general intangibles, instruments, equipment, inventory wherever located, and proceeds now or hereafter owned or acquired by Merchant.

**5.** Check only if applicable and check only one box: Collateral is [ ] held in a Trust (see UCC1Ad, item 17 and Instructions) [ ] being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
[ ] Public-Finance Transaction    [ ] Manufactured-Home Transaction    [ ] A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
[ ] Agricultural Lien    [ ] Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** [ ] Lessee/Lessor    [ ] Consignee/Consignor    [ ] Seller/Buyer    [ ] Bailee/Bailor    [ ] Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
UCC

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
CORPORATION SERVICE COMPANY    18008585294

B. E-MAIL CONTACT AT FILER (optional)
FilingDept@diligenz.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

CORPORATION SERVICE COMPANY
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703

Filed in the office of / Document Number
Barbara K. Cegavske / 2016034228-7
Barbara K. Cegavske / Filing Date and Time
Secretary of State / 12/08/2016 11:52 AM
State of Nevada

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Betra MFG. Co. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 45 Affonso Dr | Carson City | NV | 89403 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Betra MFG. | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 45 Affonso Dr | Carson City | NV | 89403 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. BOX 2576 UCCSPREP@CSCINFO.COM | Springfield | IL | 62708 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

All Assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credits Rights; j. General Intangibles; k. Supporting Obligations; and l. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN, THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCER IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Donna Klenke          713-533-4661

B. E-MAIL CONTACT AT FILER (optional)
sosack@uccdirect.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Donna Klenke
UCC Direct Services
2727 Allen Parkway
Suite 1000
Houston, TX 77019

Filed in the office of
Barbara K. Cegavske
Secretary of State
State of Nevada

Document Number
2017014225-9

Filing Date and Time
05/23/2017 2:12 PM

(This document was filed electronically.)
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
Betra MFG Co

1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

1c. MAILING ADDRESS: 45 Alfonso Dr | CITY: Carson City | STATE: NV | POSTAL CODE: 89706 | COUNTRY: USA

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

2b. INDIVIDUAL'S SURNAME: Thomas | FIRST PERSONAL NAME: Suzanne | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

2c. MAILING ADDRESS: 47 Alfonso Dr | CITY: Carson City | STATE: NV | POSTAL CODE: 89706 | COUNTRY: USA

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
Fox Capital Group Inc

3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

3c. MAILING ADDRESS: 140 Broadway 46th Fl | CITY: New York | STATE: NY | POSTAL CODE: 10005 | COUNTRY: USA

4. COLLATERAL: This financing statement covers the following collateral:

All assets now or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to, credit car receivables b.chattel paper c. inventory d. equipment e. instruments, including but not limited to, promissory notes ; f. investment property ; g. documents h. deposit accounts .i. letter of credit rights, j.general intangibles ; k. supporting obligations; proceeds pl products of the forgoing . NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY . DEBTOR HAS AGREED TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN , THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTUOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCE IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS , CHATTEL , PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE , THE SECURED PARTY'S ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY .

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public Finance Transaction   ☐ Manufactured Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
NV-0-59022292

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Donna Klenke    713-533-4661

B. E-MAIL CONTACT AT FILER (optional)
sosack@uccdirect.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Donna Klenke
UCC Direct Services
2727 Allen Parkway
Suite 1000
Houston, TX 77019

Filed in the office of
Barbara K. Cegavske
Barbara K. Cegavske
Secretary of State
State of Nevada

Document Number
2017017051-3

Filing Date and Time
06/22/2017 8:33 AM

(This document was filed electronically.)
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Betra MFG Co | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 45 Affonso Dr | Carson City | NV | 89706 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Thomas | Suzanne | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 47 Affonso Dr | Carson City | NV | 89706 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Fox Capital Group Inc | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 140 Broadway 46th Fl | New York | NY | 10005 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

All assets now or hereafter acquired and wherever located , including but not limited to , the following subcategories of assets: a. Accounts , including but not limited to , credit car receivables b.chattel paper c. inventory d. equipment e. instruments , including but not limited to , promissory notes ; f. investment property ; g. documents h. deposit accounts ;i. letter of credit rights; j.general intangibles ; k. supporting obligations; proceeds pf products of the forgoing . NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY , DEBTOR HAS AGREED TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN , THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTUOUS INTERFERENCE WITH T HE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCE IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS , CHATTEL , PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE , THE SECURED PARTY'S ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY .

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
NV-0-59431401

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)